IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **CARMEN GARZA,** | § | CIVIL ACTION NO. 7:18-cv-00138 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **IPH PRIMARY HOME CARE, INC.,** *et al.* | § | |
| | § | |
| Defendants. | § | DEMAND FOR JURY TRIAL |

## ORDER GRANTING MOTION TO EXTEND DEADLINES

Having reviewed Plaintiff's Unopposed Motion to Extend Deadlines (Doc. 22), the Court finds Plaintiff demonstrated good cause for her request and that the motion should be and therefore is GRANTED.

It is HEREBY ORDERED, ADJUDGED, and DECREED that dates in the Order to Show Cause (Doc. 21) be changed to the following new deadlines:

1) parties shall have until March 11, 2019, to file appropriate dismissal documents with this Court disposing of this matter; and

2) should the parties fail to timely file such documents with this Court, the parties are HEREBY ORDERED to appear before this Honorable Court on the 12th day of March, 2019, at 9:30 a.m. to show cause why they have failed to comply with this Order.

SIGNED this the _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE