IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **CARMEN GARZA,** | § | **CIVIL ACTION NO. 7:18-cv-00138** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **IPH PRIMARY HOME CARE, INC.,** | § | |
| **IRENE HUERTA and PABLO HUERTA** | § | |
| | § | |
| Defendants. | § | **DEMAND FOR JURY TRIAL** |

## STIPULATION OF DISMISSAL

Plaintiff Carmen Garza and Defendants IPH Primary Home Care, Inc., Irene Huerta and Pablo Huerta, through their attorneys, stipulate to the dismissal of the lawsuit and file this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All issues between the parties have been resolved. This dismissal is with prejudice.

Respectfully Submitted,

**TEXAS RIOGRANDE LEGAL AID**

*/s/ Lakshmi Ramakrishnan*
Lakshmi Ramakrishnan
lramakrishnan@trla.org
Texas Bar No. 24037324
S. Dist. No.: 33872
TEXAS RIOGRANDE LEGAL AID, INC.
301 S. Texas Ave.
Mercedes, Texas 78570
Tel (956) 447-4850
Fax (956) 825-7035
ATTORNEY-IN-CHARGE FOR PLAINTIFFS

*/s/Reynaldo Ortiz*

>Reynaldo Ortiz
>rey@leydeortiz.com
>Texas Bar No.: 15324275
>S. Dist. N.: 3767
>Law Office of Reynaldo Ortiz
>1305 East Nolana Loop, Suite F
>McAllen, Texas 78504
>Tel (956) 687-4567
>Fax (956) 631-1384
>ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2019 a true and correct copy of the foregoing document was served on counsel for Defendants via the Court's ECF system.

>*/s/ Lakshmi Ramakrishnan*
>Lakshmi Ramakrishnan